IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TABER HARDEN, #91703-020, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv691-T |
| ) | (WO) |
| HARLEY G. LAPPIN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 9, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that Plaintiff's motion for a preliminary injunction (Doc. # 1) is DENIED.

Done this 22nd day of September, 2005.

            Myron H. Thompson
            UNITED STATES DISTRICT JUDGE