IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TABER HARDEN, #91703-020, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:05cv691-T |
| | ) (WO) |
| HARLEY G. LAPPIN, in his official capacity as the Director of the Bureau of Prisons, | ) |
| Defendant. | ) |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 30, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that plaintiff's complaint is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(I).

Done this 22nd day of September, 2005.

                                                 Myron H. Thompson
                                            UNITED STATES DISTRICT JUDGE