IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TABER HARDEN, #91703-020, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv691-T |
| ) | (WO) |
| HARLEY G. LAPPIN, in his official ) | |
| capacity as the Director of the ) | |
| Bureau of Prisons, ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

In accordance with all orders entered in this case, it is the ORDER, JUDGMENT and DECREE of the court that plaintiff's complaint is DISMISSED with prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 22nd day of September, 2005.

                                              Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE